B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Georgia - Atlanta Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Star Acquisitions LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**74-2987061** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3010 Springs Industrial Dr.**<br>**Powder Springs, GA**<br><br>ZIP Code **30127** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cobb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                   Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Star Acquisitions LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                  Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Star Acquisitions LLC** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ G. Frank Nason, IV**
Signature of Attorney for Debtor(s)

**G. Frank Nason, IV 535160**
Printed Name of Attorney for Debtor(s)

**Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.**
Firm Name

**3343 Peachtree Road, N.E.**
**Ste. 550**
**Atlanta, GA 30326**

Address

**404-262-7373  Fax: 404-262-9911**
Telephone Number

**May 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Javier Fernandez Sanchez**
Signature of Authorized Individual

**Javier Fernandez Sanchez**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 16, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CONSENT OF BOARD OF MANAGERS
## STAR ACQUISITIONS, LLC

The undersigned, being duly elected Managers of Star Acquisitions, LLC (the "Company"), a limited liability company organized and existing under the laws of the State of Georgia pursuant to the Georgia Limited Liability Company Act (the "Act") and operating pursuant to that certain Third Amended and Restated Operating Agreement of Star Acquisitions, LLC dated on or about January 31, 2003, as amended, (the "Operating Agreement")and being entitled to vote, do hereby ratify, approve and consent to the resolutions adopted by the Board per that certain call on 13th day of May, 2011, and specifically approves and consents to the following:

1.    The document dated May 13, 2011 and titled Articles of Amendment to the Articles of Organization of Star Acquisitions, LLC whereby Article 2 is amended, with the Officers of the Company being authorized to take such action to obtain any additional necessary approvals and file such document with any necessary authorities and Company records.

2.    The document dated May 13, 2011 and titled Article of Amendment to the Third Amended and Restated Operating Agreement of Star Acquisitions, LLC whereby the following Sections of the Operation Agreement are amended: 2.3, 2.4, 5.3, 5.8(b), 6.7, and 13.3, with the Officers of the Company being authorized to take such action to obtain any additional necessary approvals and file such document with the Company records.

3.    All decisions of the Board made during its special meeting held via teleconference on May, 12, 2011 and all action taken since that time done in accordance with the directives of the Board as a result of that meeting.

4.    Following the examination and consideration by the Board of information and materials regarding the performance, conduct, leadership, plans and various other factors involving the business of the Company, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and furthermore, the President of the Company and such other persons as the President may designate, taking such action and executing such documents as he deems reasonably necessary with regard to such termination in order to address and protect appropriate interests of the Company, which authority includes the authority to offer severance, conduct litigation and enter into settlements, with such removals and termination to be retroactive to the date first authorized by the Board.

5.    The registered agent for service of process and registered office to change to Mr. Javier Fernandez c/o Star Acquisitions, LLC at 3010 Springs Industrial Dr., Powder Springs, GA 30141 with a copy to 4918 Golden Quail, San Antonio, TX 78240.

6.    The following persons having been identified, evaluated and appointed, retroactive to the date first authorized by the Board, to the offices set opposite their respective names, to serve in accordance with the Operating Agreement of the Company until their successors are duly elected and qualified, or their earlier death, resignation or removal from office:

| President (CEO) | Javier Fernandez<br>19522 Gran Roble, San Antonio, TX 78258 |
| Vice President | Stephen Hart<br>732 Brookshade Pkwy<br>Alpharetta, GA 30004 |
| Vice President - Operations | Larry Quibell<br>128 Jasmine Way, Villa Rica, GA 30180 |
| Chief Financial Officer | Javier Fernandez or such other individual as<br>may be appointed by the President. |

7.    Upon investigation, evaluation and discussion by the Board and its designees as to the financial condition of the Company and its prospects for improving, the operations of the Company, the business development and strategic sales opportunities of the Company, various form of alternative financing and other like options, and the demands and flexibility of creditors, the President of the Company, either directly or through Officers of the Company and/or such other persons as he may designate, may immediately file for bankruptcy or like protection from creditors as well as wind-up, shutdown and dissolve the Company if necessary in accordance with applicable law, the Act and the Operating Agreement. All documents executed and acts taken pursuant to this consent by the President or his designees are conclusively deemed to be the act of the Company made pursuant to this authorization and consent, and the Board hereby ratifies, approves and confirms the same, and approves the President or his designees to take all such action, make such filings, execute such documents and engage such resources as he or they reasonably believe necessary or appropriate to carry out the intent of this authorization.

IN WITNESS WHEREOF, the undersigned have signed and sealed this Consent, this 13th day of May, 2011.

By Manager: _____
Ing. Fernando Toca Larragain (Texas Star Manager)

By Manager: _____
Ing. Federico Toca Larragain (Texas Star Manager)

By Manager: _____
Charles Rice (Unaffiliated Manager)

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **Star Acquisitions LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Paper Marketing Worldwide, Inc<br>P.O. Box 64<br>Newton Square, PA 19073-0064 | Paper Marketing Worldwide, Inc<br>P.O. Box 64<br>Newton Square, PA 19073-0064 | | | 300,681.37 |
| FiberMark<br>P.O. Box 711927<br>Cincinnati, OH 45271-1927 | FiberMark<br>P.O. Box 711927<br>Cincinnati, OH 45271-1927 | | | 206,780.24 |
| Transprint Solutions, Inc.<br>1258 Old Alpharetta Road<br>Alpharetta, GA 30005 | Transprint Solutions, Inc.<br>1258 Old Alpharetta Road<br>Alpharetta, GA 30005 | | | 199,562.14 |
| Arrow Lines Services, Inc.<br>PO Box 1298<br>Gainesville, GA 30503-1189 | Arrow Lines Services, Inc.<br>PO Box 1298<br>Gainesville, GA 30503-1189 | | | 83,850.12 |
| International Paper - SFM<br>PO Box 532629<br>Atlanta, GA 30353-2629 | International Paper - SFM<br>PO Box 532629<br>Atlanta, GA 30353-2629 | | | 77,803.52 |
| McNeel Builders<br>990 Cobb Parkway North<br>PO Box 3236<br>Marietta, GA 30061 | McNeel Builders<br>990 Cobb Parkway North<br>PO Box 3236<br>Marietta, GA 30061 | Landlord | | 69,375.00 |
| Blue Ridge Paper Products Inc.<br>P.O. Box 63219<br>Charlotte, NC 28263-3219 | Blue Ridge Paper Products Inc.<br>P.O. Box 63219<br>Charlotte, NC 28263-3219 | | | 66,958.62 |
| JC Packaging Inc<br>8014 Cumming Hwy #403-373<br>Canton, GA 30115 | JC Packaging Inc<br>8014 Cumming Hwy #403-373<br>Canton, GA 30115 | | | 56,634.99 |
| Henkel Adhesives<br>PO Box 281666<br>Atlanta, GA 30384-1666 | Henkel Adhesives<br>PO Box 281666<br>Atlanta, GA 30384-1666 | | | 56,519.54 |
| United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | | | 42,592.12 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Star Acquisitions LLC**                                             Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **United HealthCare Insurance Company Dept. CH10151 Palatine, IL 60055-0151** | **United HealthCare Insurance Company Dept. CH10151 Palatine, IL 60055-0151** | | | 34,765.44 |
| **File America PO Box 708 Fordyce, AK 71742** | **File America PO Box 708 Fordyce, AK 71742** | | | 34,266.00 |
| **C.H.Robinson Worldwide, Inc PO Box 9121 Minneapolis, MN 55480-9121** | **C.H.Robinson Worldwide, Inc PO Box 9121 Minneapolis, MN 55480-9121** | | | 23,240.00 |
| **Frazier & Deeter, LLC 600 Peachtree St NE #1900 Atlanta, GA 30308** | **Frazier & Deeter, LLC 600 Peachtree St NE #1900 Atlanta, GA 30308** | | | 20,910.00 |
| **Mac Paper Converters P.O. Box 930513 Atlanta, GA 31193-0513** | **Mac Paper Converters P.O. Box 930513 Atlanta, GA 31193-0513** | | | 20,547.78 |
| **Interfilm 127 Turningstone Ct Greenville, SC 29611** | **Interfilm 127 Turningstone Ct Greenville, SC 29611** | | | 20,230.14 |
| **New England Card & Index, Co. 530 Turnpike St. Canton, MA 02021** | **New England Card & Index, Co. 530 Turnpike St. Canton, MA 02021** | | | 20,116.50 |
| **Crawfor Industries 1414 Crawford Drive Crawfordsville, IN 47933** | **Crawfor Industries 1414 Crawford Drive Crawfordsville, IN 47933** | | | 17,631.52 |
| **Grimstad Comerford Group Inc 800 Roosevelt Road Bldg B #106 Glen Ellyn, IL 60137** | **Grimstad Comerford Group Inc 800 Roosevelt Road Bldg B #106 Glen Ellyn, IL 60137** | | | 17,572.01 |
| **Tucker, Albin & Assoc. Inc 1702 North Collins Ste. 204 Richardson, TX 75080** | **Tucker, Albin & Assoc. Inc 1702 North Collins Ste. 204 Richardson, TX 75080** | | | 17,222.18 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 16, 2011**                           Signature   **/s/ Javier Fernandez Sanchez**

                                                                          **Javier Fernandez Sanchez**
                                                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re   **Star Acquisitions LLC** _____
                                            Debtor(s)

Case No. _____
Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 16, 2011** _____

**/s/ Javier Fernandez Sanchez** _____
**Javier Fernandez Sanchez**/President
Signer/Title

A-1 Printing Inks
189 Morningside Drive
Jackson, GA   30233 USA


A. Franklin & Associates
20896 Oak Hollow
Magnolia, TX 77355-6787


AA Graphic Dies
2197 Irvindale Drive
Atlanta, GA 30341


Actega Wit, Inc
125 Technology Drive
Lincolnton, NC 28092


ADT Security Systems
P.O. Box 371967
Pittsburgh, PA 15250-7967


Alfredo Casso & Co., INC
14601 Archer Drive
Laredo, TX 78045


All Printing Resources, Inc.
Dept 20-7032
PO Box 5997
Carol Stream, IL 60197-5997


Allied Tubular Rivet, Inc.
1172 Commerce Drive
Geneva, IL 60134-2865


Allied Waste Services
PO Box 9001099
Louisville, KY 40290-1099

Allstate Shipping Supplies
14542 Ventura Blvd #202
Sherman Oaks, CA 91403


Alternative Mailing Systems, Inc
3435 Breckinridge Blvd #100
Duluth, GA 30096-4932


Alvah Bushnell Company
519 East Chelten Ave
Philadelphia, PA 19144


American Color Graphics, Inc.
801 Great SW Parkway
Atlanta, GA 30336


American Holt
203 Carnegie Road
Norwood, MA   02062 USA


AmeriKen
618 N. Edgewood Avenue
Wood Dale, IL 60191


AMG Papersource, Inc
89 Guion Street
Springfield, MA 01104


ANDSCO
PO Box 455
Richboro, PA 18954


Applied Technology
22510 Network Place
Chicago, IL 60673

Arrow Lines Services, Inc.
PO Box 1298
Gainesville, GA 30503-1189


Assurant Employee Benefits
PO Box 807009
Kansas City, MO 64184-7009


AT&T Mobility
P.O. Box 537104
Atlanta, GA 30353-7104


Athens Paper
5255 Fulton Ind Blvd
Atlanta, GA 30336


Atlantic Corporation
P.O. Box 60002
Charlotte, NC 28260


Atlas Copco Compressors LLC
4140 World Houston, Suite 120
Houston, TX   77032


Attorney General of Georgia
132 State Judicial Bldg
Atlanta, GA 30334


Austell Natural Gas System
2838 Joe Jerkins Blvd
PO Box 685
Austell, GA 30168-0685


Averitt Express
P.O. Box 3145
Cookeville, TN 38502-3145

B & S Electric Supply Co.
4505 Mills Place SW
Atlanta, GA 30336


Barloworld Handling
5191 Snapfinger Woods Dr.
Decatur, GA 30035-0160


Bauman Industries, Inc.
2412 West Heather Rd #200
Wilmington, DE 19803


BB&T Stephens and Company
1825 Barrett Lakes Blvd #320
Kennesaw, GA 30144-7570


Bearing & Drives
P.O. Box 116733
Atlanta, GA 30368-6733


Benton Express Inc.
P.O. Box 16709
1045 S. River Ind. Blvd. S.E.
Atlanta, GA 30321


Best Cutting Die
8080 McCormick Blvd.
Skokie, IL  60076


Blakeman Wallace A.
8855 Dearwater Drive
Winston, GA 30187


Blue Flame Gas, Inc.
1402 Industry Rd.
Powder Springs, GA 30127

Blue Ridge Paper Products Inc.
P.O. Box 63219
Charlotte, NC 28263-3219


BlueCross BlueShield of Georgia
PO Box 406750
Atlanta, GA 30384-6750


Bluff Springs Paper Co LTD
P.O. Box 1139
Kosciusko, MS 39090


Bob's Enterprise, Inc
50 Trillium Terrace
Covington, GA 30016


Bobst Group USA, Inc.
P.O. Box 532986
Atlanta, GA 30353-2986


Bond Products, Inc.
4511 Wayne Ave
Philadelphia, PA 19144-3689


Borders Folding
501 Northpoint Pkwy
Acworth, GA 30102


Borders Folding Carton, Inc
501 Northpoint Pkwy
Acworth, GA 30102


Bruce  McLaughlin
29 Auburn Road
Hawthorn, Victoria 3122
Austrailia

Buckeye Business Products
PO Box 92340
Cleveland, OH 44193


C.H.Robinson Worldwide, Inc
PO Box 9121
Minneapolis, MN 55480-9121


Caraustar Mill Group
PO Box 935001
Atlanta, GA 31193-5001


Cbeyond Communications
P.O. Box 406815
Atlanta, GA 30384-6815


CCM Creative
55 Cherry Lane
Souderton, PA 18964


Charko Wally
204 Rhodes Circle
New Market, ON  L3X 1V3
Canada


City of Powder Springs
PO Box 46
Powder Springs, GA 30127


Cobb County Tax Commissioner
P.O. Box 100127
Marietta, GA 30061-7027


Cobb EMC
PO Box 369
Marietta, GA 30061-0369

Comercial Mapasa
Progreso No. 2 Fracc. Ind. Alce B.
Naucalpan, ED 53370
Mexico


Commons Magnolia
150 Cleburne PKwy,
Hiram, GA 30141


Con-way Freight
PO Box 5160
Portland, OR 97208-5160


Conserva Print
5015 North River Drive
Cumming, GA 30041


Cook's Pest Control
777 South Marietta Pkwy S.E.
Marietta, GA 30060


Corporate Print Source
1969 Johns Drive
Glenview, IL 60025


Crawfor Industries
1414 Crawford Drive
Crawfordsville, IN 47933


Croft Reba
694 Tidwell Road
Powder Springs, GA 30127


CTS Industries
408 S.Second Street
Cedartown, GA   30125 USA

Curtius Trading, Inc.
486 Manget Street
Marietta, GA 30060


Custom Index
8 Vreeland Ave.
Totowa, NJ 07512


Cut Rate Box Co.
1100 Murphy Avenue, SW
Atlanta, GA 30310


D&B
P.O. Box 75434
Chicago, IL 60675-5434


David Braswell Technical Services Inc
151 Bart Manous Road
Canton, GA 30115


David Evans Welding, Inc.
PO Box 1014
Lithia Springs, GA 30122


Daybreak Recycling
7025 Mabelton Parkway
Mableton, GA 30126


DigitHouse, Inc
7684 Ridgemont Ct
Douglasville, GA 30135


DisplayNet, Inc.
1490 Westfork Dr #E
Lithia Springs, GA 30122

```
Doss, Tim
8006 Bonnie Briar Loop
Gainesville, VA 20155


Douglasville Office Equipment
PO Box 549
Douglasville, GA 30133


Douglasville Welding Supply
PO Box 759
Cartersville, GA 30120


Dunlap Industries, Inc.
PO Box 459
Dunlap, TN 37327


DYC Supply Co
P.O. Box 824226
Philadelphia, PA 19182-4226


E Smith Heating & Air Conditioning, Inc
964 Industrial Park Drive
Marietta, GA 30062


Eastman Group
19792 Bowman Ln.
Huntington Beach, CA 92646


Edward Segal, Inc.
360 Reynolds Bridge Road
P.O. Box 329
Thomaston, CT 06787


Electrical Solutions Inc
9210 Wilkerson Mill Rd.
Palmetto, GA 30268
```

Electrical Wholesale Supply, Inc.
1336 Hiram Acworth Hwy #205
Dallas, GA 30157


Enco
Dept. CH 14137
Palatine, IL 60055-4137


Englewood Company Inc
533 Abbott Drive
Broomall, PA 19008


Envelope Manufacturers Assoc
500 Montgomery St #550
Alexandria, VA 22314-1565


Envision Printing
1266 Kennestone Cir #105
Marietta, GA 30066


Everwear, Inc.
401 Stag Industrial Blvd.
Lake Saint Louis, MO 63367


Federal Express
PO Box 660481
Dallas, TX 75266-0481


FedEx Freight
Dept Ch PO Box 10306
Palatine, IL 60055-0306


FiberMark
P.O. Box 711927
Cincinnati, OH 45271-1927

File America
PO Box 708
Fordyce, AK 71742


Flexo Concepts
100 Armstrong Rd #103
Plymouth, MA 02360


Franchini, Ken
PMB #314
8014 Cumming Hwy #403
Canton, GA 30115


Frazier & Deeter, LLC
600 Peachtree St NE #1900
Atlanta, GA 30308


Gadge USA
1979 Marcus Ave #218
Lake Success, NY 11042


Garrett Door & Equipment
21 Cathedral Heights
Euharlee, GA 30120


Gary Engebrethson
16 Gladstone Avenue
West Islip, NY 11795


Georgia Department of Revenue
Taxpayer Services Div
P.O. Box 740321
Atlanta, GA 30374-0321


Georgia Dept Of Revenue
Sales/Use Tax Div
PO Box 105296
Atlanta, GA 30348-5296

Global Electronic Services, Inc.
5325 Palmero Court
Buford, GA 30518


Global Envelope Alliance
500 Montgomery St.
Alexandria, VA  22314-1565 USA


Gorrie-Regan & Assoc. Inc.
2927 Central Ave.
Birmingham, AL 35209


Graymills
PO Box 661162
Chicago, IL 60666-1162


Grecian Sales Group
PO Box 1269
Lake City, FL 32056


Greene, Keith
5374 Springbrook Drive
Powder Springs, GA 30127


Grimstad Comerford Group Inc
800 Roosevelt Road
Bldg B #106
Glen Ellyn, IL 60137


Gussco
33 West 19th Street-
2nd Floor
New York, NY 10011


H. B. Fuller Company
PO Box 905326
Charlotte, NC 28290

Halm Ind. Co., Inc.
180 Glen Head Road
Glen Head, NY 11545


Hart, Steve
732 Brookshade Parkway
Alpharetta, GA 30004


Hasler
PO Box 3808
MILFORD, CT 06460-8708


Henkel Adhesives
PO Box 281666
Atlanta, GA 30384-1666


Hofmann & Leavy
3251 S.W. 13th Street
Deerfield Beach, FL 33442


Home Depot Credit Services
Dept 32-2008904603
P.O. Box 6029
The Lakes, NV 88901-6029


IG Global Sourcing, LLC
319 Garlington Rd. #B1
Greenville, SC 29615


IHS Environmental Services, Inc.
175 Hickory Springs Ind. Drive
Canton, GA 30115


Incentivos Y Convenciones SA de CV
Altavista 102
San Angel 01000
Mexico

Industrial Miant. Specialists, Inc.
4281 Brogdon Exchange
Swanee, GA 30024-3980


Industrial Packaging Corp
P.O. Box 162352
Atlanta, GA 30321-2352


Ingersoll Rand
111 Insersoll Rand Dr.
Chamblee, GA 30341


Interfilm
127 Turningstone Ct
Greenville, SC 29611


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Paper
PO 532629
Atlanta, GA 30353-2629


International Paper
PO Box 532629
Atlanta, GA 30353-2629


International Paper - SFM
PO Box 532629
Atlanta, GA 30353-2629


INX International Ink Co.
97141 Eagle Way
Chicago, IL 60678-9710

ISDA Trade Show
ISDA Office Systems Coop.
37 W. Yokuts Ave, #A-4
Stockton, CA 95207


JBM Envelope Co
P.O. Box 931824
Cleveland, OH 44193


JC Packaging Inc
8014 Cumming Hwy #403-373
Canton, GA 30115


Kaeser Compressors, Inc
P.O. Box 946
Fredericksburg, VA 22404


Keene Technology, Inc.
14357 Commercial Parkway
South Beloit, IL 61080


Kenmore Envelope Co Inc
4641 International Trade Ct
Richmond, VA 23231-2900


Kensol-Franklin
117 Dean Avenue
Franklin, MA 02038


Keys Printing
P.O. Box 8
Greenville, SC 29602


Kocher + Beck
PO Box 843332
Kansas City, MO 64184-332

KYFI, Inc.
P.O. Box 197089
Louisville, KY 40259


Label Art Inc.
Drawer 706
Milwaukee, WI 53278-0706


LB Office Suppliers, Inc
26150 John R Road
Madison Heights, MI 48071-3648


Lonesource, Inc
114 MacKenan Dr #300
Cary, NC 27511


Mac Paper Converters
P.O. Box 930513
Atlanta, GA 31193-0513


Mac Papers
P.O. Box 930513
Atlanta, GA 31193


Mail Finance
P.O. Box 45850
San Francisco, CA 94145-0850


Malatesta Laurie
730 Cable Court
Santa Cruz, CA 95062


Marketing4
398 W. Wrightwood Ave
Elmhurst, IL 60126

MCC Warehousing Inc
98 Highland Ave, Bldg 15
Oaks, PA 19456


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


McNeel Builders
990 Cobb Parkway North
PO Box 3236
Marietta, GA 30061


MeadWestvaco
PO Box 403102
Atlanta, GA 30384-3102


Metal Specialist, Inc.
5023 Flinthill Rd
Austell, GA 30106


Mooney Sales & Marketing
27664 236th Ct. SE
Maple Valley, WA 98038


Moss Sales & Service, Inc.
5508 Janet Lane
Austell, GA 30106


Mountain Textiles
P.O. Box 450931
Atlanta, GA 31145


MSC Industrial Supply Co.
Dept. CH 0075
Palatine, IL 60055-0075

Nacional de Sobres, S.A. de C.V.
Calzada De La Naranja 128
Fraccion. Ind. Alce Blanco
Naucalpan, ED  53370 Mexico


National Art Materials Trade A
20200 Zion Avenue
Cornelius, NC 28031


National Envelope Corporation
P.O. Box 203008
Dallas, TX 75320-3008


National Envelope South
P.O. Box 933251
Atlanta, GA 31193


Nationwide Envelope Company
134 Selig Dr SW
Atlanta, GA 30336


Nebs - Deluxe for Business
P.O. Box 1186
Lancaster, CA 93584


New England Card & Index, Co.
530 Turnpike St.
Canton, MA 02021


Newark
PO Box 94151
Palatine, IL 60094


Nordson Corporation
P.O. Box 802586
Chicago, IL 60680-2586

NYS Filing Fee
State Processing Center
PO BOX 22076
Albany, NY 12201-2076


Office Basics
PO Box 2230
Boothwyn, PA 19061


Office of Secretary of State
Annual Registration Filings
P.O. Box 23038
Columbus, GA 31902-3038


OfficeMax Credit Plan
P.O. Box 5239
Carol Stream, IL 60197-5239


Old Dominion Freight Line, Inc.
P.O. Box 198475
Atlanta, GA 30384-8475


Oliver, Bob
3990 Inverness Crossing
Roswell, GA 30075


On Demand Envelope
1170 NW 163rd Drive
Miami, FL 33169


Pak & Associates
10 Bellamy Place
Stockbridge, GA 30281


Pallet Express, Inc.
1696 Joy Lake Road
Lake City, GA 30260

Pan American Express, Inc.
4848 Riverside Drive
Laredo, TX 78041


Paper Converting Machine Co.
25239 Network Place
Chicago, IL 60673-1252


Paper Marketing Worldwide, Inc
P.O. Box 64
Newton Square, PA 19073-0064


Papercone Corporation
P. O. Box 32036
Louisville, KY 40232


Parker Industrial Grinding
1200 Chastain Road
Kennesaw, GA 30144


Pat Byrne
1082 Jeffrey Lane
Southampton, PA 18966


Patton's, Inc
PO Box 63128
Charlotte, NC 28263-3128


PCA
15 West Aylesbury Rd
Timonium, MD 21093-4141


Permclip Products Corp
1130 Military Road
Buffalo, NY 14217

Plastic Suppliers, Inc
Dept. #710763
Columbus, OH 43271-0763


Potdevin Machine Co.
26 Fairfield Place
West Caldwell, NJ 07006


Potts Offset
4068 Kings Hwy
Douglasville, GA 30135


Powder Springs Machine Company
4018 Lindley Road S.W
Powder Springs, GA 30073


Prestige Logistics, LLC
8010 Roswell Road #330
Atlanta, GA 30350


Print Services Distribution Assoc.
8269 Solutions Center
Chicago, IL 60611


Printers Service
P.O. Box 5100
Iron Bound Station
Newark, NJ 07105


Printing & Image Assoc. of Georgia
5020 Highlands Parkway
Smyrna, GA 30082


Priority 1, Inc.
P.O. Box 398
North Little Rock, AR 72115

Priority Express Courier, Inc.
5 Chelsea Parkway
Boothwyn, PA 19061


Quality Park Products
PO Box 802035
Chicago, IL 60680


Quibell, Larry
128 Jasmine Way
Villa Rica, GA 30180


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


R & L Carriers
P.O. Box 271
Wilmington, OH 45177-0271


R&L Truckload Services
7290 College Pkwy #200
Fort Myers, FL 33907


RB COR
465 Production St.
San Marcos, CA 92078-4357


Receivable Management Services
P.O. Box 8500-55028
Philadelphia, PA 19178-5028


Recognition Systems, Inc.
30 Harbor Park Drive
Port Washington, NY 11050

Regions Bank
One Glenlake Pkwy #400
Atlanta, GA 30328


Rice, Charles
2038 Robert Burns Drive
Aston, PA 19014


Rochester 100 Inc
P.O. Box 92801
Rochester, NY 14692


Ryder Transportation Services
P.O. Box 402366
Atlanta, GA 30384-2366


S&W Manufacturing
PO Box 406464
Atlanta, GA 30353-6464


S.I.R. Webbing, Inc.
P.O. Box 501
Hawthorne, NJ 07507


Schneider Senator America, Inc.
3939 146th Ave SW
Tenino, WA 98589


Selco Industries
Attn: Accounts receivable
7555 Airport Hwy #A
Holland, OH 43528


Servi-Nix
P.O. Box 22-0022
Lebanon, GA 30146

Serviceco
5374 Springbrook Drive
Powder Springs, GA 30127


Seyfarth Shaw LLP
3807 Collections Ctr Dr
Chicago, IL 60693


SGS U.S. Testing Company Inc
PO BOX 2502
Carol Stream, IL 60132-2502


Sleep Inn & Suites (GA672)
181 Metromont Road
Hiram, GA 30141


South Eastern Freight Lines
PO Box 1691
Columbia, SC 29202


Southeast Toyota Finance
P.O. Box 70831
CHARLOTTE, NC 28272-0831


Southeastern Paperboard
100 South Harris Rd
Piedmont, SC 29673


Southeastern System Svc
7986 Bankhead Hwy
Winston, GA 30187


Southern Label Company
5624 Clifford Circle
Birmingham, AL 35210-4453

Southern States Gluing Service
3951 Bankhead Highway
Lithia Springs, GA 30122-1810


SouthPack Sales & Services
4715 Fulton Industrial Blvd.SW
Atlanta, GA 30336


SST Computing Inc
1200 Chastain Rd #302
Kennesaw, GA 30144


Sstanbury Wayndaysha
7092 Stonecreek Dr
Douglasville, GA 30134


Star Envelope, LLC
dba Ray's Envelope
7521 Pulaski Highway
Baltimore, MD 21237


Star Filing Mexico-Maquila
Carr. SLP-Guadalajara Km 60
Centro/Villa de Arriaga 78490
Mexico


Stimpson Co Inc
1515 SW 13th Court
Pompano Beach, FL 33069


Sun Trust Bank
Mail Code GA-AT-0496
PO Box 4418
Atlanta, GA 30302


Sunoco Corporate Card
PO Box 689156
Des Moines, IA 50368

TAB Products Co.
605 4th Street
Mayville, WI 53050


Tape Service LTD
9525 Sorensen Ave
Santa Fe Springs, CA 90670


Taylor, Bush, Slipakoff & Duma
1600 Parkwood Cir #400
Atlanta, GA 30339


Telecom Services of Atlanta
3506 Hutchinson Road
Cumming, GA 30040


Texas Star Envelope, Inc.
4918 Golden Quail
San Antonio, TX 78240


The Guardian Life Insurance Co.
116 John Street
24th Floor
New York, NY 10038


The Spirit Group
Attention: Bob Baron
105 Winchester Street
Brookline, MA 02446


Thompson Armature
7867 Lee Road
Lithia Springs, GA 30122


Thompson Paper Products Inc
P.O. Box 2886
Houston, TX 77252

Tidland Corporation # 774276
4276 Solutions Center
Chicago, IL 60677-4002


Trade Finishing, Inc
210 White Park Drive
Dallas, GA 30127


Transprint Solutions, Inc.
1258 Old Alpharetta Road
Alpharetta, GA 30005


Tucker, Albin & Assoc. Inc
1702 North Collins Ste. 204
Richardson, TX 75080


U.S. Attorney General
Main Justice Building
10th and Constitution Ave., NW
Washington, DC 20530


U.S. Atty/Civil Process Clerk
600 Richard Russell Bldg
75 Spring St., SW
Atlanta, GA 30303


U.S. Bancorp Equipment Finance
P.O. Box 790448
St. Louis, MO 63179-0448


UC Coatings Corporation
PO Box 1066
Buffalo, NY 14215


ULINE
2200 S. Lakeside Drive
Waukegan, IL 60085

```
UNICAST
17 McFadden Road
Cherryville, PA 18035


United HealthCare Insurance Company
Dept. CH10151
Palatine, IL 60055-0151


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


United States Postal Service
Powder Springs
Powder Springs, GA 30127-9998


Universal Tape
110 West New Jersey Ave
Somers Point, NJ 08244


Update Ltd.
134 Peavey Circle
Chaska, MN 55318


UPS Freight
P. O. Box 533238
Charlotte, NC 28290-3238


UPS Supply Chain Solutions Inc
28013 Network Place
Chicago, IL 60673-1280


Vangard Tool & Mfg. Co. Inc
8388 Utica Ave
Rancho Cucamonga, CA 91730-1833
```

VeLOX Express
720 Executive Park Dr #1500
Greenwood, IN 46143


Via Forwarding, Inc.
8424 Amparan Road
Laredo, TX 78045


Vinyl Art, Inc
15300 28th Ave
Minneapolis, MN 55447


W.W. Grainger, Inc.
Dept 856742366
Palatine, IL 60038-0001


Western States Envelope Co
P.O. Box 88984
Milwaukee, WI 53288-0984


Wilson Air Conditioning Service, Inc.
3272 Florence Road
Powder Spring, GA 30127


Windy City Cutting Die
104 W. Foster Ave.
Bensenville, IL 60106


Yellow Freight System, Inc (YRC)
P.O. Box 905587
Charlotte, NC 28290-5587


Zurich Deductible Recovery Group
NW 5608 - P.O. Box 1450
Minneapolis, MN 55485-1450

```
Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087
```