UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| STAR ACQUISITION, LLC ) | |
| ) | 11-64688-mgd |
| Debtor ) | |
| ) | |

### CERTIFICATE OF SERVICE

This is to certify that on May 20, 2011, the undersigned completed service of the following documents:

(1) **INTERIM ORDER AUTHORIZING LIMITED USE OF CASH COLLATERAL BY DEBTORS IN POSSESSION AND PROVIDING ADEQUATE PROTECTION TO SUNTRUST BANK [Doc. No. 14]**; and

(2) **INTERIM ORDER AUTHORIZING DEBTOR TO INCUR INDEBTEDNESS [Doc. No. 15]**

Copies of said documents were served on the parties listed on Exhibit "A" to the annexed Affidavit, by engaging Buckhead Document Pros, a mailing service, to confirm each envelope contained the document and mailing label, sealed each envelope, and deposited such envelopes in the United States mail on the date set forth above, with adequate postage affixed thereto to assure delivery, all as evidenced by the annexed Affidavit.

Dated this 20th day of May, 2011.

/s/ G. Frank Nason, IV
G. Frank Nason, IV
Georgia Bar No. 535160

LAMBERTH, CIFELLI, STOKES
 ELLIS & NASON, P.A.
Attorneys for Trustee
3343 Peachtree Road, N.E., #550
Atlanta, Georgia 30326-1009
(404) 262-7373

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| STAR ACQUISITION, LLC | ) |
| | ) 11-64688-mgd |
| Debtor | ) |
| | ) |

### AFFIDAVIT

I am Joseph S. Albright, Jr., the undersigned authority, and who, after being by me first duly sworn, deposes and says:

1. I am over eighteen (18) years of age.

2. I am employed by Buckhead Document Pros, located at 3340 Peachtree Rd., N.E., Suite 11, Tower Place 100, Atlanta, Georgia 30326, a company which is in the business of performing overnight legal copying services and bankruptcy mail outs among other services.

3. Employees of Buckhead Document Pros acting under my direction and supervision mailed copies of the following documents:

   (1) **INTERIM ORDER AUTHORIZING LIMITED USE OF CASH COLLATERAL BY DEBTORS IN POSSESSION AND PROVIDING ADEQUATE PROTECTION TO SUNTRUST BANK [Doc. No. 14]; and**

   (2) **INTERIM ORDER AUTHORIZING DEBTOR TO INCUR INDEBTEDNESS [Doc. No. 15]**

to the entities listed on Exhibit "A" attached hereto by utilizing the following procedure: Employees confirmed each envelope contained the correct document; labeled and sealed each envelope; applied adequate postage thereto to assure delivery via first class mail; and deposited all envelopes in the United States Mail before 12:00 midnight, May 20, 2011.

FURTHER AFFIANT SAYETH NOT.

_____
AFFIANT

DATE  5/20/11

Sworn to and subscribed
before me this 20 day
of May, 2011.

_____
Notary Public
My commission expires: October 15, 2012

[Notary Seal: SHARON L THODE, Notary Public, Georgia, Cobb County, My Commission Expires October 15, 2012]

# EXHIBIT "A" FOLLOWS

A. FRANKLIN & ASSOCIATES
20896 OAK HOLLOW
MAGNOLIA, TX 77355-6787

A-1 PRINTING INKS
189 MORNINGSIDE DR
JACKSON, GA 30233

AA GRAPHIC DIES
2197 IRVINDALE DR
ATLANTA, GA 30341

ACTEGA WIT, INC
125 TECHNOLOGY DR
LINCOLNTON, NC 28092

ADT SECURITY SYSTEMS
PO BOX 371967
PITTSBURGH, PA 15250-7967

ALFREDO CASSO & CO., INC
14601 ARCHER DR
LAREDO, TX 78045

ALL PRINTING RESOURCES, INC.
DEPT 20-7032
PO BOX 5997
CAROL STREAM, IL 60197-5997

ALLIED TUBULAR RIVET, INC.
1172 COMMERCE DR
GENEVA, IL 60134-2865

ALLIED WASTE SERVICES
PO BOX 9001099
LOUISVILLE, KY 40290-1099

ALLSTATE SHIPPING SUPPLIES
14542 VENTURA BLVD #202
SHERMAN OAKS, CA 91403

ALTERNATIVE MAILING SYSTEMS, INC
3435 BRECKINRIDGE BLVD #100
DULUTH, GA 30096-4932

ALVAH BUSHNELL COMPANY
519 E CHELTEN AVE
PHILADELPHIA, PA 19144

AMERICAN COLOR GRAPHICS, INC.
801 GREAT SW PKWY
ATLANTA, GA 30336

AMERICAN HOLT
203 CARNEGIE RD
NORWOOD, MA 02062

AMERIKEN
618 N EDGEWOOD AVE
WOOD DALE, IL 60191

AMG PAPERSOURCE, INC
89 GUION ST
SPRINGFIELD, MA 01104

ANDSCO
PO BOX 455
RICHBORO, PA 18954

APPLIED TECHNOLOGY
22510 NETWORK PL
CHICAGO, IL 60673

ARROW LINE SERVICES, INC.
ATTN: GREG GRAVITT
PO BOX 1298
GAINESVILLE, GA 30503-1189

ARROW LINE SERVICES, INC.
C/O JONATHAN POPE
HASTY POPE LLP
211 E MAIN ST
CANTON, GA 30114

ASSURANT EMPLOYEE BENEFITS
PO BOX 807009
KANSAS CITY, MO 64184-7009

AT&T MOBILITY
PO BOX 537104
ATLANTA, GA 30353-7104

ATHENS PAPER
5255 FULTON IND BLVD
ATLANTA, GA 30336

ATLANTIC CORPORATION
PO BOX 60002
CHARLOTTE, NC 28260

ATLAS COPCO COMPRESSORS LLC
4140 WORLD HOUSTON, STE 120
HOUSTON, TX 77032

ATTORNEY GENERAL OF GEORGIA
132 STATE JUDICIAL BLDG
ATLANTA, GA 30334

AUSTELL NATURAL GAS SYSTEM
2838 JOE JERKINS BLVD
PO BOX 685
AUSTELL, GA 30168-0685

AVERITT EXPRESS
PO BOX 3145
COOKEVILLE, TN 38502-3145

B & S ELECTRIC SUPPLY CO.
4505 MILLS PL SW
ATLANTA, GA 30336

BARLOWORLD HANDLING
5191 SNAPFINGER WOODS DR
DECATUR, GA 30035-0160

BAUMAN INDUSTRIES, INC.
2412 WEST HEATHER RD #200
WILMINGTON, DE 19803

BB&T STEPHENS AND COMPANY
1825 BARRETT LAKES BLVD #320
KENNESAW, GA 30144-7570

BEARING & DRIVES
PO BOX 116733
ATLANTA, GA 30368-6733

BENTON EXPRESS INC.
PO BOX 16709
1045 S RIVER IND BLVD SE
ATLANTA, GA 30321

BEST CUTTING DIE
8080 MCCORMICK BLVD
SKOKIE, IL 60076

BLAKEMAN WALLACE A.
8855 DEARWATER DR
WINSTON, GA 30187

BLUE FLAME GAS, INC.
1402 INDUSTRY RD
POWDER SPRINGS, GA 30127

BLUE RIDGE PAPER PRODUCTS INC.
ATTN: FRANK PARKER
1329 HOWELL MILL RD
WAYNESVILLE, GA 28786-

BLUECROSS BLUESHIELD OF GEORGIA
PO BOX 406750
ATLANTA, GA 30384-6750

BLUFF SPRINGS PAPER CO LTD
PO BOX 1139
KOSCIUSKO, MS 39090

BOB'S ENTERPRISE, INC
50 TRILLIUM TER
COVINGTON, GA 30016

BOBST GROUP USA, INC.
PO BOX 532986
ATLANTA, GA 30353-2986

BOND PRODUCTS, INC.
4511 WAYNE AVE
PHILADELPHIA, PA 19144-3689

BORDERS FOLDING
501 NORTHPOINT PKWY
ACWORTH, GA 30102

BORDERS FOLDING CARTON, INC
501 NORTHPOINT PKWY
ACWORTH, GA 30102

BUCKEYE BUSINESS PRODUCTS
PO BOX 92340
CLEVELAND, OH 44193

C.H. ROBINSON WORLDWIDE, INC
ATTN: BILL GLAD
CORPORATE HEADQUARTERS
14701 CHARLSON RD
EDEN PRAIRIE, MN 55347-

CARAUSTAR MILL GROUP
PO BOX 935001
ATLANTA, GA 31193-5001

CBEYOND COMMUNICATIONS
PO BOX 406815
ATLANTA, GA 30384-6815

CCM CREATIVE
55 CHERRY LN
SOUDERTON, PA 18964

CITY OF POWDER SPRINGS
PO BOX 46
POWDER SPRINGS, GA 30127

COBB COUNTY TAX COMMISSIONER
PO BOX 100127
MARIETTA, GA 30061-7027

COBB EMC
PO BOX 369
MARIETTA, GA 30061-0369

COMMONS MAGNOLIA
150 CLEBURNE PKWY
HIRAM, GA 30141

CONSERVA PRINT
5015 N RIVER DR
CUMMING, GA 30041

CON-WAY FREIGHT
PO BOX 5160
PORTLAND, OR 97208-5160

COOK'S PEST CONTROL
777 S MARIETTA PKWY SE
MARIETTA, GA 30060

CORPORATE PRINT SOURCE
1969 JOHNS DR
GLENVIEW, IL 60025

CRAWFORD INDUSTRIES
ATTN: JAMES GUINN
COMPTROLLER
1414 CRAWFORD DR
CRAWFORDSVILLE, IN 47933

CROFT REBA
694 TIDWELL RD
POWDER SPRINGS, GA 30127

CTS INDUSTRIES
408 2ND ST
CEDARTOWN, GA 30125

CURTIUS TRADING, INC.
486 MANGET ST
MARIETTA, GA 30060

CUSTOM INDEX
8 VREELAND AVE
TOTOWA, NJ 07512

CUT RATE BOX CO.
1100 MURPHY AVE, SW
ATLANTA, GA 30310

D&B
PO BOX 75434
CHICAGO, IL 60675-5434

DAVID BRASWELL TECHNICAL SERVICES INC
151 BART MANOUS RD
CANTON, GA 30115

DAVID EVANS WELDING, INC.
PO BOX 1014
LITHIA SPRINGS, GA 30122

DAYBREAK RECYCLING
7025 MABELTON PKWY
MABLETON, GA 30126

DIGITHOUSE, INC
7684 RIDGEMONT CT
DOUGLASVILLE, GA 30135

DISPLAYNET, INC.
1490 WESTFORK DR #E
LITHIA SPRINGS, GA 30122

DOSS, TIM
8006 BONNIE BRIAR LOOP
GAINESVILLE, VA 20155

DOUGLASVILLE OFFICE EQUIPMENT
PO BOX 549
DOUGLASVILLE, GA 30133

DOUGLASVILLE WELDING SUPPLY
PO BOX 759
CARTERSVILLE, GA 30120

DUNLAP INDUSTRIES, INC.
PO BOX 459
DUNLAP, TN 37327

DYC SUPPLY CO
PO BOX 824226
PHILADELPHIA, PA 19182-4226

E SMITH HEATING & AIR CONDITIONING, INC
964 INDUSTRIAL PK DR
MARIETTA, GA 30062

EASTMAN GROUP
19792 BOWMAN LN
HUNTINGTON BEACH, CA 92646

EDWARD SEGAL, INC.
360 REYNOLDS BRIDGE RD
PO BOX 329
THOMASTON, CT 06787

ELECTRICAL SOLUTIONS INC
9210 WILKERSON MILL RD
PALMETTO, GA 30268

ELECTRICAL WHOLESALE SUPPLY, INC.
1336 HIRAM ACWORTH HWY #205
DALLAS, GA 30157

ENCO
DEPT CH 14137
PALATINE, IL 60055-4137

ENGLEWOOD COMPANY INC
533 ABBOTT DR
BROOMALL, PA 19008

ENVELOPE MANUFACTURERS ASSOC
500 MONTGOMERY ST #550
ALEXANDRIA, VA 22314-1565

ENVISION PRINTING
1266 KENNESTONE CIR #105
MARIETTA, GA 30066

EVERWEAR, INC.
401 STAG INDUSTRIAL BLVD
LAKE SAINT LOUIS, MO 63367

FEDERAL EXPRESS
PO BOX 660481
DALLAS, TX 75266-0481

FEDEX FREIGHT
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306

FIBERMARK NORTH AMERICA, INC.
ATTN: KAREN WALULEK
CREDIT MANAGER
220 CORPORATE DR
READING, PA 19605-

FILE AMERICA
ATTN: JOHN BUNTON
VP OF OPERATIONS
PO BOX 708
FORDYCE, AK 71742-

FLEXO CONCEPTS
100 ARMSTRONG RD #103
PLYMOUTH, MA 02360

FRANCHINI, KEN
PMB #314
8014 CUMMING HWY #403
CANTON, GA 30115

FRAZIER & DEETER, LLC
ATTN: SHAWN FOWLER
600 PEACHTREE ST NE #1900
ATLANTA, GA 30308

GADGE USA
1979 MARCUS AVE #218
LAKE SUCCESS, NY 11042

GARRETT DOOR & EQUIPMENT
21 CATHEDRAL HEIGHTS
EUHARLEE, GA 30120

GARY ENGEBRETHSON
16 GLADSTONE AVE
WEST ISLIP, NY 11795

GEORGIA DEPARTMENT OF REVENUE
TAXPAYER SERVICES DIV
PO BOX 740321
ATLANTA, GA 30374-0321

GEORGIA DEPT OF REVENUE
SALES/USE TAX DIV
PO BOX 105296
ATLANTA, GA 30348-5296

GLOBAL ELECTRONIC SERVICES, INC.
5325 PALMERO CT
BUFORD, GA 30518

GLOBAL ENVELOPE ALLIANCE
500 MONTGOMERY ST
ALEXANDRIA, VA 22314-1565

GORRIE-REGAN & ASSOC. INC.
2927 CENTRAL AVE
BIRMINGHAM, AL 35209

GRAYMILLS
PO BOX 661162
CHICAGO, IL 60666-1162

GRECIAN SALES GROUP
PO BOX 1269
LAKE CITY, FL 32056

GREENE, KEITH
5374 SPRINGBROOK DR
POWDER SPRINGS, GA 30127

GRIMSTAD COMERFORD GROUP INC
RICK COMERFORD
BOB GRIMSTAD
800 ROOSEVELT RD, BLDG B, #106
GLEN ELLYN, IL 60137

GUSSCO
33 WEST 19TH ST, 2ND FL
NEW YORK, NY 10011

H. B. FULLER COMPANY
PO BOX 905326
CHARLOTTE, NC 28290

HALM IND. CO., INC.
180 GLEN HEAD RD
GLEN HEAD, NY 11545

HART, STEVE
732 BROOKSHADE PKWY
ALPHARETTA, GA 30004

HASLER
PO BOX 3808
MILFORD, CT 06460-8708

HENKEL ADHESIVES
JAMES DIETRICH
MARKET SEGMENT DIRECTOR
7657 AYNLEE WAY
HARRISBURG, PA 17112-

HOFMANN & LEAVY
3251 SW 13TH ST
DEERFIELD BEACH, FL 33442

HOME DEPOT CREDIT SERVICES
DEPT 32-2008904603
PO BOX 6029
THE LAKES, NV 88901-6029

IG GLOBAL SOURCING, LLC
319 GARLINGTON RD #B1
GREENVILLE, SC 29615

IHS ENVIRONMENTAL SERVICES, INC.
175 HICKORY SPRINGS IND DR
CANTON, GA 30115

INDUSTRIAL MIANT. SPECIALISTS, INC.
4281 BROGDON EXCHANGE
SWANEE, GA 30024-3980

INDUSTRIAL PACKAGING CORP
PO BOX 162352
ATLANTA, GA 30321-2352

INGERSOLL RAND
111 INSERSOLL RAND DR
CHAMBLEE, GA 30341

INTERFILM
ATTN: AL HODGES, CFO
127 TURNINGSTONE CT
GREENVILLE, SC 29611

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL PAPER -SFM
ATTN: WADIH BOUYOUNES
CREDIT ANALYST
4049 WILLOW LAKE BLVD
MEMPHIS, TN 38118-

| | | |
|---|---|---|
| INX INTERNATIONAL INK CO.<br>97141 EAGLE WAY<br>CHICAGO, IL 60678-9710 | ISDA TRADE SHOW<br>ISDA OFFICE SYSTEMS COOP.<br>37 W YOKUTS AVE, #A-4<br>STOCKTON, CA 95207 | JBM ENVELOPE CO<br>PO BOX 931824<br>CLEVELAND, OH 44193 |
| JC PACKAGING INC<br>ATTN: JIM CARTER<br>8014 CUMMING HWY #403-373<br>CANTON, GA 30115 | KAESER COMPRESSORS, INC<br>PO BOX 946<br>FREDERICKSBURG, VA 22404 | KEENE TECHNOLOGY, INC.<br>14357 COMMERCIAL PKWY<br>S BELOIT, IL 61080 |
| KENMORE ENVELOPE CO INC<br>4641 INTERNATIONAL TRADE CT<br>RICHMOND, VA 23231-2900 | KENSOL-FRANKLIN<br>117 DEAN AVE<br>FRANKLIN, MA 02038 | KEYS PRINTING<br>PO BOX 8<br>GREENVILLE, SC 29602 |
| KOCHER + BECK<br>PO BOX 843332<br>KANSAS CITY, MO 64184 | KYFI, INC.<br>PO BOX 197089<br>LOUISVILLE, KY 40259 | LABEL ART INC.<br>DRAWER 706<br>MILWAUKEE, WI 53278-0706 |
| LB OFFICE SUPPLIERS, INC<br>26150 JOHN R RD<br>MADISON HEIGHTS, MI 48071-3648 | LONESOURCE, INC<br>114 MACKENAN DR #300<br>CARY, NC 27511 | MAC PAPER CONVERTERS<br>ATTN: TONJA VANZANDT<br>CREDIT MANAGER<br>3300 PHILIPS HWY<br>JACKSONVILLE, FL 32207- |
| MAC PAPERS<br>PO BOX 930513<br>ATLANTA, GA 31193 | MAIL FINANCE<br>PO BOX 45850<br>SAN FRANCISCO, CA 94145-0850 | MALATESTA LAURIE<br>730 CABLE CT<br>SANTA CRUZ, CA 95062 |
| MARKETING4<br>398 W WRIGHTWOOD AVE<br>ELMHURST, IL 60126 | MCC WAREHOUSING INC<br>98 HIGHLAND AVE, BLDG 15<br>OAKS, PA 19456 | MCMASTER-CARR<br>PO BOX 7690<br>CHICAGO, IL 60680-7690 |
| MCNEEL BUILDERS<br>ATTN: STEVE MCNEEL<br>PO BOX 3236<br>MARIETTA, GA 30061- | MEADWESTVACO<br>PO BOX 403102<br>ATLANTA, GA 30384-3102 | METAL SPECIALIST, INC.<br>5023 FLINTHILL RD<br>AUSTELL, GA 30106 |
| MOONEY SALES & MARKETING<br>27664 236TH CT SE<br>MAPLE VALLEY, WA 98038 | MOSS SALES & SERVICE, INC.<br>5508 JANET LN<br>AUSTELL, GA 30106 | MOUNTAIN TEXTILES<br>PO BOX 450931<br>ATLANTA, GA 31145 |
| MSC INDUSTRIAL SUPPLY CO.<br>DEPT CH 0075<br>PALATINE, IL 60055-0075 | NATIONAL ART MATERIALS TRADE A<br>20200 ZION AVE<br>CORNELIUS, NC 28031 | NATIONAL ENVELOPE CORPORATION<br>PO BOX 203008<br>DALLAS, TX 75320-3008 |

| | | |
|---|---|---|
| NATIONAL ENVELOPE SOUTH<br>PO BOX 933251<br>ATLANTA, GA 31193 | NATIONWIDE ENVELOPE COMPANY<br>134 SELIG DR SW<br>ATLANTA, GA 30336 | NEBS -DELUXE FOR BUSINESS<br>PO BOX 1186<br>LANCASTER, CA 93584 |
| NEW ENGLAND CARD & INDEX, CO.<br>ATTN: LINDA ABELY<br>530 TURNPIKE ST<br>CANTON, MA 02021 | NEWARK<br>PO BOX 94151<br>PALATINE, IL 60094 | NORDSON CORPORATION<br>PO BOX 802586<br>CHICAGO, IL 60680-2586 |
| NYS FILING FEE<br>STATE PROCESSING CENTER<br>PO BOX 22076<br>ALBANY, NY 12201-2076 | OFFICE BASICS<br>PO BOX 2230<br>BOOTHWYN, PA 19061 | OFFICE OF SECRETARY OF STATE<br>ANNUAL REGISTRATION FILINGS<br>PO BOX 23038<br>COLUMBUS, GA 31902-3038 |
| OFFICE OF THE U.S. TRUSTEE<br>ATTN: MARTIN P. OCHS<br>362 RICHARD B RUSSELL BLDG<br>75 SPRING ST, SW<br>ATLANTA, GA 30303- | OFFICEMAX CREDIT PLAN<br>PO BOX 5239<br>CAROL STREAM, IL 60197-5239 | OLD DOMINION FREIGHT LINE, INC.<br>PO BOX 198475<br>ATLANTA, GA 30384-8475 |
| OLIVER, BOB<br>3990 INVERNESS CROSSING<br>ROSWELL, GA 30075 | ON DEMAND ENVELOPE<br>1170 NW 163RD DR<br>MIAMI, FL 33169 | PAK & ASSOCIATES<br>10 BELLAMY PL<br>STOCKBRIDGE, GA 30281 |
| PALLET EXPRESS, INC.<br>1696 JOY LAKE RD<br>LAKE CITY, GA 30260 | PAN AMERICAN EXPRESS, INC.<br>4848 RIVERSIDE DR<br>LAREDO, TX 78041 | PAPER CONVERTING MACHINE CO.<br>25239 NETWORK PL<br>CHICAGO, IL 60673-1252 |
| PAPER MARKETING WORLDWIDE, INC<br>ROBERT RUBIN<br>HENRI LEVIT<br>301 OXFORD VALLEY RD #401B<br>YARDLEY, PA 19067-7710 | PAPERCONE CORPORATION<br>PO BOX 32036<br>LOUISVILLE, KY 40232 | PARKER INDUSTRIAL GRINDING<br>1200 CHASTAIN RD<br>KENNESAW, GA 30144 |
| PAT BYRNE<br>1082 JEFFREY LN<br>SAMPTON, PA 18966 | PATTON'S, INC<br>PO BOX 63128<br>CHARLOTTE, NC 28263-3128 | PCA<br>15 WEST AYLESBURY RD<br>TIMONIUM, MD 21093-4141 |
| PERMCLIP PRODUCTS CORP<br>1130 MILITARY RD<br>BUFFALO, NY 14217 | PLASTIC SUPPLIERS, INC<br>DEPT #710763<br>COLUMBUS, OH 43271-0763 | POTDEVIN MACHINE CO.<br>26 FAIRFIELD PL<br>WEST CALDWELL, NJ 07006 |
| POTTS OFFSET<br>4068 KINGS HWY<br>DOUGLASVILLE, GA 30135 | POWDER SPRINGS MACHINE COMPANY<br>4018 LINDLEY RD SW<br>POWDER SPRINGS, GA 30073 | PRESTIGE LOGISTICS, LLC<br>8010 ROSWELL RD #330<br>ATLANTA, GA 30350 |

| | | |
|---|---|---|
| PRINT SERVICES DISTRIBUTION ASSOC.<br>8269 SOLUTIONS CENTER<br>CHICAGO, IL 60611 | PRINTERS SERVICE<br>PO BOX 5100<br>IRON BOUND STATION<br>NEWARK, NJ 07105 | PRINTING & IMAGE ASSOC. OF GEORGIA<br>5020 HIGHLANDS PKWY<br>SMYRNA, GA 30082 |
| PRIORITY EXPRESS COURIER, INC.<br>5 CHELSEA PKWY<br>BOOTHWYN, PA 19061 | PRIORITY ONE, INC.<br>1800 E ROOSEVELT RD<br>LITTLE ROCK, AR 72206- | QUALITY PARK PRODUCTS<br>PO BOX 802035<br>CHICAGO, IL 60680 |
| QUIBELL, LARRY<br>128 JASMINE WAY<br>VILLA RICA, GA 30180 | QUILL<br>PO BOX 37600<br>PHILADELPHIA, PA 19101-0600 | R & L CARRIERS<br>PO BOX 271<br>WILMINGTON, OH 45177-0271 |
| R&L TRUCKLOAD SERVICES<br>7290 COLLEGE PKWY #200<br>FORT MYERS, FL 33907 | RB COR<br>465 PRODUCTION ST<br>SAN MARCOS, CA 92078-4357 | RECEIVABLE MANAGEMENT SERVICES<br>PO BOX 8500-55028<br>PHILADELPHIA, PA 19178-5028 |
| RECOGNITION SYSTEMS, INC.<br>30 HARBOR PK DR<br>PORT WASHINGTON, NY 11050 | REGIONS BANK<br>ONE GLENLAKE PKWY #400<br>ATLANTA, GA 30328 | RICE, CHARLES<br>2038 ROBERT BURNS DR<br>ASTON, PA 19014 |
| ROCHESTER 100 INC<br>PO BOX 92801<br>ROCHESTER, NY 14692 | RYDER TRANSPORTATION SERVICES<br>PO BOX 402366<br>ATLANTA, GA 30384-2366 | S&W MANUFACTURING<br>PO BOX 406464<br>ATLANTA, GA 30353-6464 |
| S.I.R. WEBBING, INC.<br>PO BOX 501<br>HAWTHORNE, NJ 07507 | SCHNEIDER SENATOR AMERICA, INC.<br>3939 146TH AVE SW<br>TENINO, WA 98589 | SELCO INDUSTRIES<br>ATTN: ACCOUNTS RECEIVABLE<br>7555 AIRPORT HWY #A<br>HOLLAND, OH 43528 |
| SERVICECO<br>5374 SPRINGBROOK DR<br>POWDER SPRINGS, GA 30127 | SERVI-NIX<br>PO BOX 22-0022<br>LEBANON, GA 30146 | SEYFARTH SHAW LLP<br>3807 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 |
| SGS U.S. TESTING COMPANY INC<br>PO BOX 2502<br>CAROL STREAM, IL 60132-2502 | SLEEP INN & SUITES (GA672)<br>181 METROMONT RD<br>HIRAM, GA 30141 | SOUTH EASTERN FREIGHT LINES<br>PO BOX 1691<br>COLUMBIA, SC 29202 |
| SOUTHEAST TOYOTA FINANCE<br>PO BOX 70831<br>CHARLOTTE, NC 28272-0831 | SOUTHEASTERN PAPERBOARD<br>100 S HARRIS RD<br>PIEDMONT, SC 29673 | SOUTHEASTERN SYSTEM SVC<br>7986 BANKHEAD HWY<br>WINSTON, GA 30187 |

| | | |
|---|---|---|
| SOUTHERN LABEL COMPANY<br>5624 CLIFFORD CIR<br>BIRMINGHAM, AL 35210-4453 | SOUTHERN STATES GLUING SERVICE<br>3951 BANKHEAD HWY<br>LITHIA SPRINGS, GA 30122-1810 | SOUTHPACK SALES & SERVICES<br>4715 FULTON INDUSTRIAL BLVD SW<br>ATLANTA, GA 30336 |
| SST COMPUTING INC<br>1200 CHASTAIN RD #302<br>KENNESAW, GA 30144 | SSTANBURY WAYNDAYSHA<br>7092 STONECREEK DR<br>DOUGLASVILLE, GA 30134 | STAR ACQUISITIONS, LLC<br>3010 SPRINGS INDUSTRIAL DR<br>POWDER SPRINGS, GA 30127 |
| STAR ENVELOPE, LLC<br>DBA RAY'S ENVELOPE<br>7521 PULASKI HWY<br>BALTIMORE, MD 21237 | STIMPSON CO INC<br>1515 SW 13TH CT<br>POMPANO BEACH, FL 33069 | SUN TRUST BANK<br>C/O FRANK DEBORDE & WILL TATE<br>MORRIS, MANNING & MARTIN, LLP<br>3343 PEACHTREE RD NE, STE 1600<br>ATLANTA, GA 30326- |
| SUNOCO CORPORATE CARD<br>PO BOX 689156<br>DES MOINES, IA 50368 | TAB PRODUCTS CO.<br>605 4TH ST<br>MAYVILLE, WI 53050 | TAPE SERVICE LTD<br>9525 SORENSEN AVE<br>SANTA FE SPRINGS, CA 90670 |
| TAYLOR, BUSH, SLIPAKOFF & DUMA<br>1600 PARKWOOD CIR #400<br>ATLANTA, GA 30339 | TELECOM SERVICES OF ATLANTA<br>3506 HUTCHINSON RD<br>CUMMING, GA 30040 | TEXAS STAR ENVELOPE, INC.<br>4918 GOLDEN QUAIL<br>SAN ANTONIO, TX 78240 |
| THE GUARDIAN LIFE INSURANCE CO.<br>116 JOHN ST, 24TH FL<br>NEW YORK, NY 10038 | THE SPIRIT GROUP<br>ATTENTION: BOB BARON<br>105 WINCHESTER ST<br>BROOKLINE, MA 02446 | THOMPSON ARMATURE<br>7867 LEE RD<br>LITHIA SPRINGS, GA 30122 |
| THOMPSON PAPER PRODUCTS INC<br>PO BOX 2886<br>HOUSTON, TX 77252 | TIDLAND CORPORATION # 774276<br>4276 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4002 | TRADE FINISHING, INC<br>210 WHITE PK DR<br>DALLAS, GA 30127 |
| TRANSPRINT SOLUTIONS, INC.<br>ATTN: KEN KINNEVY<br>1258 OLD ALPHARETTA RD<br>ALPHARETTA, GA 30005 | TUCKER, ALBIN & ASSOC. INC<br>1702 N COLLINS STE 204<br>RICHARDSON, TX 75080 | U.S. ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING<br>10TH AND CONSTITUTION AVE, NW<br>WASHINGTON, DC 20530 |
| U.S. ATTORNEY/CIVIL PROCESS CLERK<br>600 RICHARD RUSSELL BLDG<br>75 SPRING ST, SW<br>ATLANTA, GA 30303 | U.S. BANCORP EQUIPMENT FINANCE<br>PO BOX 790448<br>ST LOUIS, MO 63179-0448 | UC COATINGS CORPORATION<br>PO BOX 1066<br>BUFFALO, NY 14215 |
| ULINE<br>2200 S LAKESIDE DR<br>WAUKEGAN, IL 60085 | UNICAST<br>17 MCFADDEN RD<br>CHERRYVILLE, PA 18035 | UNITED HEALTHCARE INSURANCE COMPANY<br>ATTN: REBECCA A. THOMPSON<br>LEGAL DEPARTMENT<br>9900 BREN RD E<br>MINNTETONKA, MN 55343- |

| | | |
|---|---|---|
| UNITED PARCEL SERVICE<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UNITED STATES POSTAL SERVICE<br>POWDER SPRINGS<br>POWDER SPRINGS, GA 30127-9998 | UNIVERSAL TAPE<br>110 WEST NEW JERSEY AVE<br>SOMERS POINT, NJ 08244 |
| UPDATE LTD.<br>134 PEAVEY CIR<br>CHASKA, MN 55318 | UPS FREIGHT<br>PO BOX 533238<br>CHARLOTTE, NC 28290-3238 | UPS SUPPLY CHAIN SOLUTIONS INC<br>28013 NETWORK PL<br>CHICAGO, IL 60673-1280 |
| UPS WORLD HEADQUARTERS<br>C/O CORPORATION SERVICE COMPANY<br>40 TECHNOLOGY PKWY S, STE 300<br>NORCROSS, GA 30092 | UPS WORLD HEADQUARTERS<br>ATTN: SERVICE OF PROCESS<br>55 GLENLAKE PKWY NE<br>ATLANTA, GA 30328- | VANGARD TOOL & MFG. CO. INC<br>8388 UTICA AVE<br>RANCHO CUCAMONGA, CA 91730-1833 |
| VELOX EXPRESS<br>720 EXECUTIVE PK DR #1500<br>GREENWOOD, IN 46143 | VIA FORWARDING, INC.<br>8424 AMPARAN RD<br>LAREDO, TX 78045 | VINYL ART, INC<br>15300 28TH AVE<br>MINNEAPOLIS, MN 55447 |
| W.W. GRAINGER, INC.<br>DEPT 856742366<br>PALATINE, IL 60038-0001 | WESTERN STATES ENVELOPE CO<br>PO BOX 88984<br>MILWAUKEE, WI 53288-0984 | WILSON AIR CONDITIONING SERVICE, INC.<br>3272 FLORENCE RD<br>POWDER SPRING, GA 30127 |
| WINDY CITY CUTTING DIE<br>104 W FOSTER AVE<br>BENSENVILLE, IL 60106 | YELLOW FREIGHT SYSTEM, INC (YRC)<br>PO BOX 905587<br>CHARLOTTE, NC 28290-5587 | ZURICH DEDUCTIBLE RECOVERY GROUP<br>NW 5608-PO BOX 1450<br>MINNEAPOLIS, MN 55485-1450 |
| ZURICH NORTH AMERICA<br>8712 INNOVATION WAY<br>CHICAGO, IL 60682-0087 | BRUCE MCLAUGHLIN<br>29 AUBURN RD<br>HAWTHORN, VICTORIA 3122 AUSTRALIA | |
| CHARKO WALLY<br>204 RHODES CIR<br>NEW MARKET, ONTARIO L3X 1V3 CANADA | | COMERCIAL MAPASA<br>PROGRESO NO. 2 FRACC. IND. ALCE B.<br>NAUCALPAN, ED 53370 MEXICO |
| | | INCENTIVOS Y CONVENCIONES SA DE CV<br>ALTAVISTA 102<br>, SAN ANGEL 01000 MEXICO |
| | NACIONAL DE SOBRES S.A. DE C.V.<br>CALZADA DE LA NARANJA 128<br>FRACCION. IND. ALCE BLANCO<br>NAUCALPAN, ED 53370 MEXICO | |

STAR FILING MEXICO-MAQUILA
CARR. SLP-GUADALAJARA KM 60
CENTRO/, VILLA DE ARRIAGA 78490 MEXICO